# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BENJAMIN MORRIS

NO. 2021 KW 0874

**OCTOBER 18, 2021**

---

In Re:     Benjamin Morris, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 11230.

---

**BEFORE:   LANIER, WOLFE, AND BURRIS,[1] JJ.**

**WRIT DENIED. Ramos v. Louisiana,** ___ U.S. ___, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020), does not apply retroactively to relator whose convictions and sentences were final at the time the decision was rendered. Accordingly, the district court did not err by denying the application for postconviction relief.

**WIL**
**EW**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.